# EXHIBIT 2

| U.S. Patent No. 8,910,154 Claim Limitation | Example Accused Product (e.g., Microsoft Azure, Azure Monitor) |
|---|---|
| [1pre] A method for obtaining diagnostic information at a selected time in a virtual environment, comprising: | The Accused Product obtains diagnostic information at a selected time in a virtual environment. For example, Azure Monitor provides diagnostics for virtual machines and services running in a virtualized environment (e.g., Azure IaaS). It supports scheduled queries, alerts, and manual or automatic initiation of diagnostics. |

# Azure Monitor overview

05/23/2025

Azure Monitor is a comprehensive monitoring solution for collecting, analyzing, and responding to monitoring data from your cloud and on-premises environments. You can use Azure Monitor to maximize the availability and performance of your applications and services. It helps you understand how your applications are performing and allows you to manually and programmatically respond to system events.

Azure Monitor collects and aggregates the data from every layer and component of your system across multiple Azure and non-Azure subscriptions and tenants. It stores it in a common data platform for consumption by a common set of tools that can correlate, analyze, visualize, and/or respond to the data. You can also integrate other Microsoft and non-Microsoft tools.

## High-level architecture

Azure Monitor can monitor these types of resources in Azure, other clouds, or on-premises:

- Applications
- Virtual machines
- Guest operating systems
- Containers including Prometheus metrics
- Databases
- Security events in combination with Azure Sentinel
- Networking events and health in combination with Network Watcher
- Custom sources that use the APIs to get data into Azure Monitor

You can also export monitoring data from Azure Monitor into other systems so you can:

- Integrate with other third-party and open-source monitoring and visualization tools
- Integrate with ticketing and other ITSM systems

The following diagram shows a high-level architecture view of Azure Monitor.

| | |
|---|---|
| | <br>https://learn.microsoft.com/en-us/azure/azure-monitor/fundamentals/overview |




Logical Disk Performance

| DISK | CURRENT SIZE (GB) | CURRENT USED (%) | P95 IOPs READ | P95 IOPs WRITE | P95 IOPs TOTAL | P95 MB/s READ | P95 MB/s WRITE | P95 MB/s TOTAL | P95 LATENCY READ (ms) | P95 LATENCY WRITE (ms) | P95 LATENC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C: | 126.45 | 20% | 97.5 | 57.64 | 143.06 | 5.99 | 5.06 | 10.61 | 4 | 2.35 | 3.94 |
| D: | 16 | 12% | 0 | 0 | 0.02 | 0 | 0 | 0 | 0 | 0 | 0.52 |
| Total | 142.45 | 19% | 97.5 | 57.64 | 143.06 | 5.99 | 5.06 | 10.61 | 4 | 2.35 | 3.94 |

| | |
|---|---|
| [1a] providing a server configured to host a virtualization system running a plurality of virtual instances, a plurality of service managers operating within the virtualization system, wherein each of the plurality of service managers is associated with a respective single virtual instance; | The Accused Product provides a server configured to host a virtualization system running a plurality of virtual instances, a plurality of service managers operating within the virtualization system, where each of the plurality of service managers is associated with a respective single virtual instance. For example, Azure provides Azure Virtual Machines (VMs) through, e.g., Azure Compute. The Azure VMs are hosted on a hypervisor, e.g., Hyper-V, and constitute virtual instances. In another example, each Azure VM may run a separate instance of at least the Azure Monitor Agent (AMA) (e.g., along with the Azure Windows VM agent to run the AMA extension). The AMA can collect diagnostics, logs, and performance data specific to that VM.<br>**Architecture**<br><br><br>https://learn.microsoft.com/en-us/azure/architecture/virtual-machines/baseline |

https://learn.microsoft.com/en-us/azure/virtual-machines/extensions/agent-windows
https://msandbu.org/azure-vm-guest-agent/




Learn / Azure / Virtual Machines /

Ask Learn

# Azure Windows VM Agent overview

03/12/2025

to the plurality of service managers

The Microsoft Azure Windows VM Agent is a secure, lightweight process that manages virtual machine (VM) interaction with the Azure fabric controller. The Azure Windows VM Agent has a primary role in enabling and executing Azure virtual machine extensions. VM extensions enable post-deployment configuration of VMs, such as installing and configuring software. VM extensions also enable recovery features such as resetting the administrative password of a VM. Without the Azure Windows VM Agent, you can't run VM extensions.

This article describes how to install and detect the Azure Windows VM Agent.

Learn / Azure / Azure Monitor /

Ask Learn

# Azure Monitor Agent overview

01/29/2025

The Azure Monitor Agent collects monitoring data from the guest operating system of Azure and hybrid virtual machines (VMs). It delivers the data to Azure Monitor for use by features, insights, and other services, such as Microsoft Sentinel and Microsoft Defender for Cloud. This article gives you an overview of the capabilities and supported use cases for the Azure Monitor Agent.

For a short introduction to the Azure Monitor Agent, including a demo of how to deploy the agent in the Azure portal, see the video ITOps Talk: Azure Monitor Agent.

> Note
>
> The Azure Monitor Agent replaces the legacy Log Analytics agent for Azure Monitor. The Log Analytics agent is **deprecated** and isn't supported as of **August 31, 2024**. If you use the Log Analytics agent to ingest data to Azure Monitor, migrate now to the Azure Monitor Agent.

## Installation

The Azure Monitor Agent is one method of data collection for Azure Monitor. It's installed on VMs running in Azure, in other clouds, or on-premises, where it has access to local logs and performance data. Without the agent, you can collect data only from the host machine because you would have no access to the client operating system and to running processes.

The agent can be installed by using different methods, as described in Install and manage the Azure Monitor Agent. You can install the agent on a single machine or at scale by using Azure Policy or other tools. In some cases, the agent is automatically installed when you enable a feature that requires it, such as Microsoft Sentinel. The automatic installation only occurs when the feature is first enabled. For continued automated installation for new VM deployments a policy should be created and enabled following the instructions here: Using a Policy to Install AMA.

https://learn.microsoft.com/en-us/azure/azure-monitor/agents/azure-monitor-agent-overview

# Data collection

The Azure Monitor Agent collects all data by using a data collection rule (DCR). In a DCR, you define the following information:

- The data type that's collected
- How to transform the data, including filtering, aggregating, and shaping
- The destination for collected data

A single DCR can contain multiple data sources of different types. Depending on your requirements, you can choose whether to include several data sources in a few DCRs or create separate DCRs for each data source. If you create separate DCRs for each data source, you can centrally define the logic for different data collection scenarios and apply them to different sets of machines. For recommendations on how to organize your DCRs, see Best practices for DCR creation and management in Azure Monitor.

A DCR is applied to a particular agent by creating a data collection rule association (DCRA) between the DCR and the agent. One DCR can be associated with multiple agents, and each agent can be associated with multiple DCRs. When an agent is installed, it connects to Azure Monitor to retrieve any DCRs that are associated with it. The agent periodically checks back with Azure Monitor to determine if there are any changes to existing DCRs or associations with new ones.




https://learn.microsoft.com/en-us/azure/azure-monitor/agents/azure-monitor-agent-overview

## Windows agents

Expand table

| Category | Area | Azure Monitor Agent | Legacy agent |
|---|---|---|---|
| Support environments | | | |
| | Azure | ✓ | ✓ |
| | Other clouds (Azure Arc) | ✓ | ✓ |
| | On-premises (Azure Arc) | ✓ | ✓ |
| | Windows Client OS | ✓ | |
| Data collected | | | |
| | Event Logs | ✓ | ✓ |
| | Performance | ✓ | ✓ |
| | File-based logs | ✓ | ✓ |
| | Internet Information Services (IIS) logs | ✓ | ✓ |
| Data sent to | | | |
| | Azure Monitor logs | ✓ | ✓ |
| Supported services and features | | | |
| | Microsoft Sentinel | ✓ (Scope) | ✓ |
| | VM insights | ✓ | ✓ |
| | Microsoft Defender for Cloud (uses only the Microsoft Defender for Endpoint agent) | | |
| | Automation Update Management (moved to Azure Update Manager) | ✓ | ✓ |
| | Azure Local | ✓ | |
| | Update Manager (no longer uses agents) | | |
| | Change tracking | ✓ | ✓ |
| | SQL Best Practices Assessment | ✓ | |

https://learn.microsoft.com/en-us/azure/azure-monitor/agents/azure-monitor-agent-overview


Home >
vmjarvismaster01
Virtual machine
Search
Overview
Activity log
Access control (IAM)
Tags
Diagnose and solve problems
Connect
Connect
Bastion
Windows Admin Center
Networking
Network settings
Load balancing
Application security groups
Network manager
Settings
Connect Start Restart Stop Hibernate Capture Delete Refresh Open in mobile Feedback CLI / PS
Advisor (1 of 1): Enable Trusted Launch foundational excellence, and modern security for Existing Generation 2 VM(s) →
Essentials
JSON View
Resource group (move) : rg-hallofarmor
Status : Running
Location : Korea Central
Subscription (move) : Azure 구독 1
Subscription ID : 4adc9910-6202-4807-a7fd-4cbc912698f4
Operating system : Windows (Windows 11 Pro)
Size : Standard B2ms (2 vcpus, 8 GiB memory)
Public IP address : 4.217.232.242
Virtual network/subnet : vnet-hallofarmor-kr/snet-jarvis
DNS name : Not configured
Health state : -
Time created : 9/26/2024, 8:49 AM UTC
Tags (edit) : Add tags
Properties Monitoring (7 alerts) Capabilities (8) Recommendations (1) Tutorials
Virtual machine
Computer name vmjarvismaster0
Operating system Windows (Windows 11 Pro)
Networking
Public IP address 4.217.232.242 ( Network interface vmjarvismaster01882 )
Public IP address (IPv6) -


vmjarvisfe
Virtual machine
Starting virtual machine 'vmjarvisfe'...
Search
Overview
Activity log
Access control (IAM)
Tags
Diagnose and solve problems
Connect
Connect
Bastion
Windows Admin Center
Networking
Network settings
Load balancing
Application security groups
Network manager
Settings
Connect Start Restart Stop Hibernate Capture Delete Refresh Open in mobile Feedback CLI / PS
Advisor (1 of 1): Enable Trusted Launch foundational excellence, and modern security for Existing Generation 2 VM(s) →
Essentials
JSON View
Resource group (move) : rg-hallofarmor
Status : Stopped (deallocated)
Location : Korea Central
Subscription (move) : Azure 구독 1
Subscription ID : 4adc9910-6202-4807-a7fd-4cbc912698f4
Operating system : Windows
Size : Standard B2ms (2 vcpus, 8 GiB memory)
Public IP address : 4.218.17.148
Virtual network/subnet : vnet-hallofarmor-kr/snet-jarvis
DNS name : Not configured
Health state : -
Time created : 9/26/2024, 9:05 AM UTC
Tags (edit) : ApplicationName : JARVIS1st ServiceClass : Bronze Owner : Tony Stark
Properties Monitoring Capabilities (8) Recommendations (1) Tutorials
Virtual machine
Computer name vmjarvisfe
Operating system Windows
Networking
Public IP address 4.218.17.148 ( Network interface vmjarvisfe743 )
Public IP address (IPv6) -

| | |
|---|---|
| [1b] sending a request for current diagnostic information to selected virtual instances in the plurality of instances, wherein the request is sent through a control interface to the plurality of service managers operating on the virtualization system; | The Accused Product sends a request for current diagnostic information to selected virtual instances, where the request is sent through a control interface to the plurality of service managers operating on the virtualization system. For example, Azure Montior enables the sending of scheduled or manual data collection instructions (via, e.g., Log Analytics, scheduled queries, Azure Automation, or Azure CLI/ARM templates). The control plane or control interface may be at least the Azure Resource Manager (ARM).<br><br>Learn / Azure / Azure Monitor / Ask Learn<br><br>**Monitor virtual machines with Azure Monitor: Deploy agent**<br><br>05/21/2025<br><br>This article is part of the guide Monitor virtual machines and their workloads in Azure Monitor. It describes how to deploy the Azure Monitor agent to your Azure and hybrid virtual machines in Azure Monitor.<br><br>**Note**<br>This scenario describes how to implement complete monitoring of your Azure and hybrid virtual machine environment. To get started monitoring your first Azure virtual machine, see Monitor Azure virtual machines.<br><br>Any monitoring tool like Azure Monitor, requires an agent installed on a machine to collect data from its guest operating system. Azure Monitor uses the Azure Monitor agent, which supports virtual machines in Azure, other cloud environments, and on-premises. |


Azure
Azure Monitor
Azure virtual machine
Host metrics
Guest metrics
Guest logs
Metrics
Metrics explorer
Log Analytics
Alerts
VM insights
Workbooks
Log Analytics workspace
Hybrid machine
Guest logs
Log Analytics gateway
HTTP/443
Microsoft Entra ID
Authentication and Authorization
Azure Resource Manager
Azure Arc machine
Guest metrics
Guest logs
HTTP/443
Hybrid Compute Resource Provider
Guest Config Resource Provider
HTTP/443
Azure Monitor agent
Azure Connected Machine agent (Azure Arc)

# Agent deployment options

The Azure Monitor agent is implemented as a virtual machine extension, so you can install it using a variety of standard methods including PowerShell, CLI, and Resource Manager templates. See Manage Azure Monitor Agent for details on each. Other notable methods for installation are described below.

Expand table

| Method | Scenarios | Details |
|---|---|---|
| Azure Policy | Production deployment at scale | If you have a significant number of virtual machines, you should deploy the agent using Azure Policy as described in Manage Azure Monitor Agent or Enable VM insights by using Azure Policy. This will ensure that the agent is automatically added to existing virtual machines and any new ones that you deploy. |
| Data collection rule in Azure portal | Testing and simple deployments | When you create a data collection rule in the Azure portal as described in Collect data with Azure Monitor Agent, you have the option of specifying virtual machines to receive it. The Azure Monitor agent will be automatically installed on any machines that don't already have it. |
| VM insights in Azure portal | Testing and simple deployments with preconfigured monitoring | VM insights provides simplified onboarding of agents in the Azure portal. With a single click for a particular machine, it installs the Azure Monitor agent, connects to a workspace, and starts collecting performance data. You can optionally have it install the dependency agent and collect processes and dependency data to enable the map feature of VM insights. |
| Windows client installer | Client machines | Use the Windows client installer to install the agent on Windows clients such as Windows 11. For different options deploying the agent on a single machine or as part of a script, see Manage Azure Monitor Agent. |

https://learn.microsoft.com/en-us/azure/azure-monitor/vm/monitor-virtual-machine-agent


Home > vmjarvisfe
vmjarvisfe | Insights
Virtual machine
Search
Security
Identity
Microsoft Defender for Cloud
Backup + disaster recovery
Operations
Auto-shutdown
Run command
Updates
Health monitoring
Configuration management
Policies
Inventory
Change tracking
Monitoring
Insights
Alerts
Metrics
Diagnostic settings
Logs
Workbooks
Resource Group Monitoring
Azure Monitor
Diagnose and solve problems
Refresh
Monitoring configuration
Provide Feedback
Get more visibility into the health and performance of your virtual machine
With an Azure virtual machine you get host CPU, disk and up/down state of your VMs out of the box. Enabling additional monitoring capabilities provides insights into the performance and dependencies for your virtual machines.
You will be billed based on the amount of data ingested and your data retention settings. It can take between 5-10 minutes to configure the virtual machine and the monitoring data to appear.
The map data set collected with Azure Monitor for VMs is intended to be infrastructure data about the resources being deployed and monitored. For details on data collected please click here.
Enable
Having difficulties enabling Azure Monitors for VM? Troubleshoot
Have more questions?
Learn more about virtual machine monitoring
What is VM Insights?
Learn more about pricing
Support Matrix

| | |
|---|---|
| |   https://dev.to/tidjani/what-are-azure-resource-providers-and-why-should-you-care-1157 |

# Control plane

All requests for control plane operations are sent to the Azure Resource Manager URL. That URL varies by the Azure environment.

- For Azure global, the URL is `https://management.azure.com`.
- For Azure Government, the URL is `https://management.usgovcloudapi.net/`.
- For Azure Germany, the URL is `https://management.microsoftazure.de/`.
- For Microsoft Azure operated by 21Vianet, the URL is `https://management.chinacloudapi.cn`.

To discover which operations use the Azure Resource Manager URL, see the Azure REST API. For example, the create or update operation for MySQL is a control plane operation because the request URL is:

HTTP Copy

```
PUT https://management.azure.com/subscriptions/{subscriptionId}/resourceGroups/{resourceGroupName}/providers
```

Azure Resource Manager handles all control plane requests. It automatically applies the Azure features you've implemented to manage your resources, such as:

- Azure role-based access control (Azure RBAC)
- Azure Policy
- Management Locks
- Activity Logs

After authenticating the request, Azure Resource Manager sends it to the resource provider, which completes the operation. Even during periods of unavailability for the control plane, you can still access the data plane of your Azure resources. For instance, you can continue to access and operate on data in your storage account resource via its separate storage URI `https://myaccount.blob.core.windows.net` even when `https://management.azure.com` is not available.

The control plane includes two scenarios for handling requests - "green field" and "brown field". Green field refers to new resources. Brown field refers to existing resources. As you deploy resources, Azure Resource Manager understands when to create new resources and when to update existing resources. You don't have to worry that identical resources will be created.

https://learn.microsoft.com/en-us/azure/azure-resource-manager/management/control-plane-and-data-plane

| | |
|---|---|
| [1c] communicating the request from the plurality of service managers to the selected virtual instances operating on the virtualization system; | The Accused Product communicates the request from the plurality of service managers to the selected virtual instances. For example, the Azure Monitor Agent (AMA) operates within each virtual instance and executes data collection logic. It collects, e.g., logs, metrics, and events, based on the request (configured diagnostic settings, custom scripts, or policy).<br><br><br>https://dev.to/tidjani/what-are-azure-resource-providers-and-why-should-you-care-1157 |

## Agent deployment options

The Azure Monitor agent is implemented as a virtual machine extension, so you can install it using a variety of standard methods including PowerShell, CLI, and Resource Manager templates. See Manage Azure Monitor Agent for details on each. Other notable methods for installation are described below.

Expand table

| Method | Scenarios | Details |
|---|---|---|
| Azure Policy | Production deployment at scale | If you have a significant number of virtual machines, you should deploy the agent using Azure Policy as described in Manage Azure Monitor Agent or Enable VM insights by using Azure Policy. This will ensure that the agent is automatically added to existing virtual machines and any new ones that you deploy. |
| Data collection rule in Azure portal | Testing and simple deployments | When you create a data collection rule in the Azure portal as described in Collect data with Azure Monitor Agent, you have the option of specifying virtual machines to receive it. The Azure Monitor agent will be automatically installed on any machines that don't already have it. |
| VM insights in Azure portal | Testing and simple deployments with preconfigured monitoring | VM insights provides simplified onboarding of agents in the Azure portal. With a single click for a particular machine, it installs the Azure Monitor agent, connects to a workspace, and starts collecting performance data. You can optionally have it install the dependency agent and collect processes and dependency data to enable the map feature of VM insights. |
| Windows client installer | Client machines | Use the Windows client installer to install the agent on Windows clients such as Windows 11. For different options deploying the agent on a single machine or as part of a script, see Manage Azure Monitor Agent. |




https://learn.microsoft.com/en-us/azure/azure-monitor/overview
https://learn.microsoft.com/en-us/azure/azure-monitor/data-sources

| | |
|---|---|
| [1d] sending the current diagnostic information from each selected virtual instance to the corresponding service manager; | The Accused Product sends the current diagnostic information from each selected virtual instance to the corresponding service manager. For example, the AMA gathers diagnostic data (e.g., performance counters, log files) inside the VM and processes/transfers it. This diagnostic data is then prepared for delivery to, e.g., Log Analytics or another output.   https://learn.microsoft.com/en-us/azure/azure-monitor/overview<br>https://learn.microsoft.com/en-us/azure/azure-monitor/data-sources |

# Agent deployment options

The Azure Monitor agent is implemented as a virtual machine extension, so you can install it using a variety of standard methods including PowerShell, CLI, and Resource Manager templates. See Manage Azure Monitor Agent for details on each. Other notable methods for installation are described below.

Expand table

| Method | Scenarios | Details |
|---|---|---|
| Azure Policy | Production deployment at scale | If you have a significant number of virtual machines, you should deploy the agent using Azure Policy as described in Manage Azure Monitor Agent or Enable VM insights by using Azure Policy. This will ensure that the agent is automatically added to existing virtual machines and any new ones that you deploy. |
| Data collection rule in Azure portal | Testing and simple deployments | When you create a data collection rule in the Azure portal as described in Collect data with Azure Monitor Agent, you have the option of specifying virtual machines to receive it. The Azure Monitor agent will be automatically installed on any machines that don't already have it. |
| VM insights in Azure portal | Testing and simple deployments with preconfigured monitoring | VM insights provides simplified onboarding of agents in the Azure portal. With a single click for a particular machine, it installs the Azure Monitor agent, connects to a workspace, and starts collecting performance data. You can optionally have it install the dependency agent and collect processes and dependency data to enable the map feature of VM insights. |
| Windows client installer | Client machines | Use the Windows client installer to install the agent on Windows clients such as Windows 11. For different options deploying the agent on a single machine or as part of a script, see Manage Azure Monitor Agent. |


Home > vmjarvismaster01
vmjarvismaster01 | Insights
Virtual machine
Search
Properties
Locks
Availability + scale
Size
Availability + scaling
Security
Identity
Microsoft Defender for Cloud
Backup + disaster recovery
Operations
Auto-shutdown
Run command
Updates
Health monitoring
Configuration management
Policies
Inventory
Change tracking
Monitoring
Insights
Alerts
Resource Group Monitoring
Azure Monitor
Diagnose and solve problems
Refresh
Monitoring configuration
Provide Feedback
CPU Utilization %
1m granularity
Avg Min 50th 90th 95th Max
Average 5.71 %
95th 25.38 %
Available Memory
1m granularity
Avg Max 50th 10th 5th Min
Average 6.7 GB
5th 6.4 GB
10th 6.6 GB
Logical Disk IOPS
1m granularity
Avg Min 50th 90th 95th Max
Average 56.50
95th 143.06
Logical Disk MB/s
1m granularity
Avg Min 50th 90th 95th Max
Average 3.4 MB/s
95th 10.6 MB/s

<table>
<tr>
<td>[1e] communicating the current diagnostic information from each service manager through the control interface to a user interface to enable a user to view the current diagnostic information for each of the selected virtual instances operating on the server;</td>
<td>The Accused Product communicates the current diagnostic information from each service manager through the control interface to a user interface to enable a user to view the current diagnostic information for each of the selected virtual instances. For example, diagnostic information may be uploaded to Azure Log Analytics Workspaces and visualized in, e.g., Azure Monitor Dashboards, Workbooks, or may be queried via Kusto Query Language (KQL).


</td>
</tr>
</table>


Powershell
Azure Portal
Azure CLI
REST API endpoints
Azure Resource Manager
Azure Resource Providers
Azure
Azure subscription
Reso e Group
ource

<table>
<tr>
<td>[1f] sending a reset command to the selected virtual instances in the plurality of instances through the control interface to the plurality of service managers; and</td>
<td>The Accused Product sends a reset command to the selected virtual instances through the control interface to the plurality of service managers. In one example, a reset command may be performed via a “Run command,” which uses the VM agent to run script(s) in the VM. In another example, reset or reboot commands can be sent to selected VMs using, e.g., Azure Automation Runbooks, Azure CLI, or Azure Policy, which acts as a control plane to instruct the virtual instances to reset.



</td>
</tr>
</table>

| | |
|---|---|
| | <br>through the control interface |

https://learn.microsoft.com/en-us/azure/virtual-machines/extensions/agent-windows
https://msandbu.org/azure-vm-guest-agent/




Learn / Azure / Virtual Machines /

Ask Learn

# Azure Windows VM Agent overview

03/12/2025

to the plurality of service managers

The Microsoft Azure Windows VM Agent is a secure, lightweight process that manages virtual machine (VM) interaction with the Azure fabric controller. The Azure Windows VM Agent has a primary role in enabling and executing Azure virtual machine extensions. VM extensions enable post-deployment configuration of VMs, such as installing and configuring software. VM extensions also enable recovery features such as resetting the administrative password of a VM. Without the Azure Windows VM Agent, you can't run VM extensions.

This article describes how to install and detect the Azure Windows VM Agent.

| | |
|---|---|
| | Powershell<br>Azure Portal<br>Azure CLI<br>REST API endpoints<br>Azure Resource Manager<br>Azure Resource Providers<br>Azure<br>Azure subscription<br>Reso e Group<br>ource |

## Control plane

All requests for control plane operations are sent to the Azure Resource Manager URL. That URL varies by the Azure environment.

- For Azure global, the URL is `https://management.azure.com`.
- For Azure Government, the URL is `https://management.usgovcloudapi.net/`.
- For Azure Germany, the URL is `https://management.microsoftazure.de/`.
- For Microsoft Azure operated by 21Vianet, the URL is `https://management.chinacloudapi.cn`.

To discover which operations use the Azure Resource Manager URL, see the Azure REST API. For example, the create or update operation for MySQL is a control plane operation because the request URL is:

HTTP Copy

```
PUT https://management.azure.com/subscriptions/{subscriptionId}/resourceGroups/{resourceGroupName}/providers
```

Azure Resource Manager handles all control plane requests. It automatically applies the Azure features you've implemented to manage your resources, such as:

- Azure role-based access control (Azure RBAC)
- Azure Policy
- Management Locks
- Activity Logs

After authenticating the request, Azure Resource Manager sends it to the resource provider, which completes the operation. Even during periods of unavailability for the control plane, you can still access the data plane of your Azure resources. For instance, you can continue to access and operate on data in your storage account resource via its separate storage URI `https://myaccount.blob.core.windows.net` even when `https://management.azure.com` is not available.

The control plane includes two scenarios for handling requests - "green field" and "brown field". Green field refers to new resources. Brown field refers to existing resources. As you deploy resources, Azure Resource Manager understands when to create new resources and when to update existing resources. You don't have to worry that identical resources will be created.

<table>
<tr>
<td>[1g] communicating the reset command from the plurality of service managers to the selected virtual instances operating on the virtualization system to enable each of the selected virtual instances to be reset.</td>
<td>The Accused Product communicates the reset command from the plurality of service managers to the selected virtual instances operating on the virtualization system to enable each of the selected virtual instances to be reset. In one example, the “Run command” is executed. In another example, upon receiving a reset instruction, VMs execute the command (via agent or extension) to reboot/reset, or via built-in Azure VM actions that are programmable or otherwise scriptable.

```
Write-Host Clear security certificates. Removes SSLCertificateSHA1Hash from the registry.
$name = 'SSLCertificateSHA1Hash'
$path = 'HKLM:\SYSTEM\CurrentControlSet\Control\Terminal Server\WinStations\RDP-Tcp'
Remove-ItemProperty -Path $path -Name $name -ErrorAction SilentlyContinue
Set-ItemProperty -Path $path -Name 'MinEncryptionLevel' -Value 1
Set-ItemProperty -Path $path -Name 'SecurityLayer' -Value 0
Remove-ItemProperty -
Path 'HKLM:\SYSTEM\ControlSet001\Control\Terminal Server\WinStations\RDP-Tcp' -
Name $name -ErrorAction SilentlyContinue
Remove-ItemProperty -
Path 'HKLM:\SYSTEM\ControlSet002\Control\Terminal Server\WinStations\RDP-Tcp' -
Name $name -ErrorAction SilentlyContinue
Write-Host Restart the service
restart-service TermService -force
```

Communicating the reset command from the plurality of service managers to the selected virtual instances

to enable each of the selected virtual instances to be reset</td>
</tr>
</table>

| | |
|---|---|
| | Powershell<br>Azure Portal<br>Azure CLI<br>REST API endpoints<br>Azure Resource Manager<br>Azure Resource Providers<br>Azure<br>Azure subscription<br>Resource Group<br>Resource |