**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NETLENS TECHNOLOGIES INC.<br>Plaintiff,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | Case No. 7:25-cv-00311<br>**JURY TRIAL DEMANDED** |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff NETLENS TECHNOLOGIES INC. hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

- Hipe IP Inc. is Plaintiff NETLENS TECHNOLOGIES INC.'s parent corporation.

Dated: July 14, 2025

Respectfully submitted,

*/s/ David L. Hecht*
David L. Hecht
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: 212-851-6821
E: dhecht@hechtpartners.com

*Attorneys for Plaintiff NetLens Technologies Inc.*