# EXHIBIT 2B

**Claim Chart for U.S. Patent No. 8,910,154 (Non-Kubernetes Implementation)**

**Example Accused Products:** Hyper-V, SCVMM, Azure Virtual Machines, Azure Monitor Agent (AMA), Azure VM Agent, Hyper-V Integration Services, Azure VFP.

| Claim 1 | Mapping[1] |
| --- | --- |
| [1pre] A method for obtaining diagnostic information at a selected time in a virtual environment, comprising: | The accused Microsoft systems or products provide mechanisms for obtaining diagnostics on demand, at any time chosen by the administrator.<br><br>In Hyper-V with SCVMM, an administrator can issue, for example, `Get-VMIntegrationService -VMName "TestVM01` " from PowerShell, which immediately retrieves the operational state of that VM's integration services (e.g., heartbeat, KVP exchange, guest shutdown) as of the exact moment the command is executed.<br><br>The output includes fields such as, `PrimaryStatusDescription : OK`, confirming real-time diagnostic information. In SCVMM Console, the "VM Health" pane shows the live heartbeat state ("OK," "Not Responding") at that moment.<br><br>In Azure, the Portal's "Boot diagnostics" feature returns the current VM console screenshot and serial log, and the CLI command `az vm get-instance-view --name MyVM --resource-group RG` returns JSON fields such as `"statuses": [{"code": "PowerState/running"}]` showing the VM's state at execution. These diagnostics are not pre-cached reports but live, point-in-time responses.<br><br>Accordingly, the accused systems/products literally perform a method for obtaining diagnostic information at a selected time in a virtual environment. |

[1] NetLens contends that Microsoft has continuously developed, maintained, and deployed the example accused products throughout the infringement period. The described functionality remains substantially present in current implementations. Moreover, the accused products, including Microsoft Hyper-V, SCVMM, Windows Server SDN, and related components, are representative of architectures that have continued in substantially similar form during and after the issuance of the Asserted Patents. These references are not limited to any specific product version.

<table>
<tr>
<td></td>
<td>



https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/
</td>
</tr>
<tr>
<td>[1a] providing a server configured to host a virtualization system running a plurality of virtual instances, a plurality of service managers operating within</td>
<td>The “server” in Microsoft’s systems is a Hyper-V host in an enterprise deployment, or an Azure compute node in the cloud. These are physical servers configured to run the Hyper-V hypervisor, which is the “virtualization system.”<br><br>On these servers, a “plurality of virtual instances” are the many concurrently running Virtual Machines (VMs). For example, each VM is paired with one or more “service managers.”<br><br>In Hyper-V, these are the Integration Services, which run inside the VM guest OS as services (e.g., `vmicheartbeat`, `vmicshutdown`, `vmickvpexchange`, `vmicguestinterface`). Each is installed when Integration Services are enabled and is unique to that VM. In Azure, each VM is provisioned with the</td>
</tr>
</table>

<table>
<tr>
<td>the virtualization system, wherein each of the plurality of service managers is associated with a respective single virtual instance;</td>
<td>

**WindowsAzureGuestAgent** (e.g., Windows) or **waagent** (e.g., Linux). This VM Agent is responsible for extension management, reset command execution, and boot diagnostics, and runs only within its VM.

Additionally, the Azure Monitor Agent (AMA) is installed per VM to collect logs and performance metrics, and it runs as a local agent service inside the VM. These agents do not span multiple VMs. For instance, each VM has its own copy, satisfying the requirement that each service manager is associated with a respective single virtual instance.

Further, the function (e.g., per-VM management), way (e.g., agents/integration services running inside each guest), and result (e.g., isolated service management of each VM) are identical to the claimed “service manager.”




https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/

</td>
</tr>
</table>




[https://learn.microsoft.com/en-us/windows-server/virtualization/hyper-v/manage/manage-hyper-v-integration-services](https://learn.microsoft.com/en-us/windows-server/virtualization/hyper-v/manage/manage-hyper-v-integration-services)




https://www.bdrshield.com/blog/hyper-v-uses-integration-services/

| | |
|---|---|
| [1b] sending a request for current diagnostic information to selected virtual instances in the plurality of instances, wherein the request is sent through a control interface to the plurality of service managers operating on the virtualization system; | In the accused systems or products, requests for diagnostic information are sent only to selected VMs and routed through formal control interfaces.<br><br>In SCVMM, the administrator selects one or more VMs in the console and issues a query.<br><br>In PowerShell, the admin may run `Get-SCVirtualMachine -Name "SQLVM01" |
| [1c] communicating the request from the plurality of service managers to the selected virtual instances operating on the virtualization system; | After the control plane delivers the request to the service manager, the service manager communicates the request into the VM.<br><br>In Hyper-V, Integration Services serve as the conduit between the host and guest. The Heartbeat service, for example, pings the guest OS kernel over VMbus, which is Microsoft's high-speed inter-partition channel. The KVP exchange service queries guest-side registry keys for metadata values.<br><br>In Azure, when the Portal issues a diagnostic query, Azure Resource Manager (ARM) routes it to the VM Agent running inside the VM. The VM Agent then interacts with the guest OS to retrieve logs, boot screenshots, or extension health information. For example, the boot diagnostics request causes the VM Agent to snapshot the guest's serial console and forward the image/log back.<br><br>Therefore, the request flows from the control interface to the service manager, and then into the guest VM, literally satisfying this claim element. |

| | |
|---|---|
| [1d] sending the current diagnostic information from each selected virtual instance to the corresponding service manager; | Once the request is delivered into the VM, the guest produces diagnostic data and returns it to its corresponding service manager.<br><br>In Hyper-V, the guest OS responds with heartbeat signals, which the Heartbeat Integration Service captures and reports back as "OK" or "No Contact." The KVP service returns metadata like guest hostname and IP addresses.<br><br>In Azure, the VM Agent collects extension logs, boot diagnostics, and health reports. The Azure Monitor Agent gathers CPU, memory, and disk usage from performance counters inside the VM. These diagnostics are sent back only to the service manager of the same VM. For example, the output of `Get-VMIntegrationService -VMName "SQLVM01"` shows: `Heartbeat: OK`, which is the direct result of SQLVM01's guest responding to its own service manager. |




https://learn.microsoft.com/en-us/windows-server/virtualization/hyper-v/manage/manage-hyper-v-integration-services

| | |
|---|---|
| [1e] communicating the current diagnostic information from each service manager through the control interface to a user interface to enable a user to view the current diagnostic information for each of the selected virtual instances operating on the server; | The service managers return the diagnostic data upward through the control plane, which then exposes it in administrator-facing user interfaces.<br><br>In SCVMM, this is displayed in the VM Health pane, showing heartbeat state and integration service status. For example, a SCVMM console entry might show "VM01 – Heartbeat: OK."<br><br>In PowerShell, the result of `Get-VMIntegrationService` is displayed to the administrator in textual form, such as `PrimaryStatusDescription : OK`.<br><br>In Azure, the Portal shows the VM's boot screenshot, serial logs, and performance charts. Azure Monitor provides dashboards that visualize metrics collected by the AMA from each VM. In all cases, the administrator is "enabled to view" the diagnostics of each selected VM in real time. The user interface requirement is thus satisfied literally. |




https://www.nakivo.com/blog/what-is-system-center-virtual-machine-manager-scvmm/

| | |
|---|---|
| [1f] sending a reset command to the selected virtual instances in the plurality of instances through the control interface to the plurality of service managers; and | Reset commands flow through the same architecture.<br><br>In SCVMM, the administrator may right-click a VM in the console and select "Restart," or use PowerShell: `Restart-VM -Name "SQLVM01"`. These commands pass through SCVMM's management layer and are delivered to the Integration Services of SQLVM01.<br><br>In Azure, clicking the "Restart" button in the Portal or issuing `az vm restart --name AppVM01 --resource-group ProdRG` directs the command through ARM to the VM Agent of the chosen VM. In each case, the reset is scoped to "selected" VMs only and delivered via a control interface to the per-VM service managers. |
| [1g] communicating the reset command from the plurality of service managers to the selected virtual instances operating on the virtualization system to enable each of the selected virtual instances to be reset. | Finally, the service manager communicates the reset into the VM.<br><br>In Hyper-V, the `vmicshutdown` Integration Service delivers the restart instruction into the guest OS, which then performs a reboot.<br><br>In Azure, the VM Agent invokes guest-level system calls to restart the machine. This command is not broadcast; it is carried by the per-VM service manager into the corresponding VM only.<br><br>Thus, the selected VM is reset exactly as the claim requires. Even if Microsoft argues that the "service manager" in its systems is not literally identical, the functionality is equivalent: the per-VM agents and integration services perform the same function (receive reset commands), in the same way (as intermediaries between control plane and guest), to achieve the same result (reset of that VM). |