# EXHIBIT 2C

**Claim Chart for U.S. Patent No. 8,910,154 (Azure Kubernetes Implementation)**

**Example Accused Products:** Azure Kubernetes Service (AKS), kubelet, Kubernetes API Server, Istio sidecar proxy (Envoy), Prometheus (via Container Insights), Horizontal Pod Autoscaler (HPA), Azure Monitor for Containers, Azure CNI.

| Claim 1 | Mapping |
|---|---|
| [1pre] A method for obtaining diagnostic information at a selected time in a virtual environment, comprising: | In Azure Kubernetes Service (AKS), the "virtual environment" is, for example, the Kubernetes cluster deployed and managed by Azure. The cluster itself is composed of a set of worker nodes (e.g., Azure VMs) and a control plane. Administrators can obtain diagnostic information "at a selected time" through Kubernetes commands (e.g., `kubectl describe pod`, `kubectl get events`, `kubectl logs`) and Azure CLI (e.g., `az aks nodepool show`, `az aks show`).<br><br>For instance, issuing `kubectl describe pod myapp-12345` immediately returns point-in-time diagnostic information: such as container state (e.g., "Running" vs. "CrashLoopBackOff"), restart counts, readiness probe status, and recent events. Similarly, `kubectl logs myapp-12345 --previous` retrieves the last failed container logs at the time of execution. Significantly, these diagnostics are not static or cached; they are real-time snapshots of the pod's state at the exact moment of request.<br><br>Accordingly, AKS provides a method for obtaining diagnostic information at a selected time in a virtualized environment. |
| [1a] providing a server configured to host a virtualization system running a plurality of virtual instances, a plurality of service managers | In AKS, the "server" corresponds to the Azure compute node (e.g., VM) on which the Kubernetes kubelet process runs. For example, this server hosts the virtualization system—container runtime environments (e.g., containerd, previously Docker) managed by the Kubernetes orchestrator. The "plurality of virtual instances" are the containers (e.g., pods) scheduled on that node.<br><br>For instance, each pod is paired with a "service manager," which in Kubernetes is the **kubelet**. The kubelet runs per node, but it may maintain a one-to-one management relationship with each pod scheduled to that node. Moreover, for each pod, the kubelet monitors things like liveness, readiness, and resource metrics. The kubelet can retrieve logs, and it may execute health probes defined in the pod spec. |

operating within the virtualization system, wherein each of the plurality of service managers is associated with a respective single virtual instance;

In addition, sidecar containers like the Azure Monitor Agent (AMA) (formerly OMSAgent) are deployed per pod or per node and collect various diagnostics. These agents are logically tied to each pod or VM instance they manage. Accordingly, the kubelet and/or the monitoring agents function as “service managers,” each associated with a respective container or pod instance.




https://learn.microsoft.com/en-us/azure/azure-monitor/containers/container-insights-analyze

<table>
<tr>
<td>[1b] sending a request for current diagnostic information to selected virtual instances in the plurality of instances, wherein the request is sent through a control interface to the plurality of service managers operating on the virtualization system;</td>
<td>
In Kubernetes, administrators can send diagnostic requests through control interfaces such as <code>kubectl</code>, the Kubernetes Dashboard, or Azure Portal’s AKS interface.
For example, <code>kubectl describe pod myapp-12345</code> targets a specific pod. This request is routed through the Kubernetes API server (e.g., the control interface) to the kubelet managing that pod. Similarly, <code>kubectl logs myapp-12345</code> is a request for current log output, sent through the API server to the kubelet, which then retrieves logs from the container runtime.
Azure provides a parallel control interface. In the Portal, administrators can select a specific node or pod and request diagnostic logs through something called Container Insights. These requests are scoped to “selected virtual instances” (e.g., the targeted pod or node) and are routed through a control interface (e.g., API server, Azure Portal, Azure CLI) to the appropriate service managers (e.g., kubelets, monitoring agents).


</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>

https://learn.microsoft.com/en-us/azure/azure-monitor/containers/container-insights-analyze




https://docs.azure.cn/en-us/azure-monitor/containers/container-insights-data-collection-configure?tabs=portal

</td>
</tr>
<tr>
<td>[1c] communicating the request from the plurality of service managers to the selected virtual instances operating on the virtualization system;</td>
<td>

Once the request reaches the kubelet, the kubelet then communicates the request directly into the container runtime that is running the pod.

For example, a `kubectl logs` request is passed by the kubelet to containerd, which then retrieves the logs from the container's stdout/stderr files. A `kubectl exec` command causes the kubelet to spawn a process inside the container's namespace. Health probe requests are transmitted by the kubelet into the pod, hitting the container's HTTP endpoints or checking process liveness.

Therefore, the service manager (e.g., kubelet) takes the diagnostic request and communicates it into the selected virtual instance (e.g., the pod/container) operating within the virtualization system.

</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>



https://docs.azure.cn/en-us/azure-monitor/containers/container-insights-data-collection-configure?tabs=portal
</td>
</tr>
<tr>
<td>[1d] sending the current diagnostic information from each selected virtual instance to the corresponding service manager;</td>
<td>
Thereafter, the pod responds by returning the requested diagnostic information to its service manager.

For example, container logs are streamed from the pod’s filesystem back to the kubelet. In further examples, probe results (e.g., readiness probe success or failure) are reported from the container to the kubelet.

In Azure Monitor-enabled clusters, metrics such as CPU, memory, and network usage are all collected by the monitoring agent running alongside the pod and returned to the kubelet or directly to Azure Monitor. This diagnostic information is sent from the selected pod/container to the kubelet, which is its corresponding service manager, thereby satisfying this claim limitation.
</td>
</tr>
</table>

| | |
|---|---|
| | <br><br>https://learn.microsoft.com/en-us/azure/azure-monitor/containers/container-insights-syslog |
| [1e] communicating the current diagnostic information from | The kubelet then communicates the diagnostic information back through the Kubernetes control plane (e.g., API server), which exposes it to the user-facing control interface. |

<table>
<tr>
<td>each service manager through the control interface to a user interface to enable a user to view the current diagnostic information for each of the selected virtual instances operating on the server;</td>
<td>
For example, the output of <code>kubectl describe pod</code> is displayed in the administrator’s terminal, showing live diagnostic fields such as “State: Running,” “Last State: Terminated,” and recent event logs. The output of <code>kubectl logs</code> streams logs directly to the user.
In Azure Portal, the Container Insights dashboard displays these same diagnostics graphically: pod health, restart counts, and logs are surfaced through charts and tables. Azure Monitor visualizations provide dashboards for CPU, memory, and container health, collected from kubelets and monitoring agents.
Accordingly, the diagnostic information is communicated from the service managers through the control interface to the user interface, enabling the user to view real-time diagnostics for each selected pod or node.



</td>
</tr>
</table>

| | |
|---|---|
| | https://learn.microsoft.com/en-us/azure/azure-monitor/containers/kubernetes-monitoring-overview <br>  <br> https://learn.microsoft.com/en-us/azure/azure-monitor/containers/container-insights-analyze |

<table>
<tr>
<td></td>
<td>



https://learn.microsoft.com/en-us/azure/azure-monitor/containers/container-insights-syslog
</td>
</tr>
<tr>
<td>[1f] sending a reset command to the selected virtual instances in the plurality of instances through</td>
<td>AKS provides reset and/or restart functionalities for selected pods.<br><br>For example, an administrator may run <code>kubectl delete pod myapp-12345</code>, which triggers the kubelet to terminate that pod and the scheduler to restart a replacement pod. Alternatively, <code>kubectl rollout restart deployment myapp-deploy</code> resets all pods in that deployment. These commands are issued through the control interface (e.g., <code>kubectl</code>, API server, or Azure Portal).</td>
</tr>
</table>

| | |
|---|---|
| the control interface to the plurality of service managers; and | Significantly, in the Portal, an operator can select a pod or node and trigger a restart directly. These reset commands are scoped to selected pods/instances and are sent through the Kubernetes control plane to the appropriate kubelets (e.g., service managers). |
| [1g] communicating the reset command from the plurality of service managers to the selected virtual instances operating on the virtualization system to enable each of the selected virtual instances to be reset. | Once the reset command reaches the kubelet, the kubelet executes it by communicating with the container runtime.<br><br>For a pod deletion/reset, the kubelet sends a termination signal to the container processes inside the pod. The container runtime (e.g., containerd) kills the process, removes the container, and reports back. Kubernetes then schedules a new pod instance.<br><br>In Azure's managed AKS, the Portal's "Restart" action flows down to the kubelet, which triggers container termination and recreation. Each targeted pod is thus reset, fulfilling the claim limitation. Moreover, the function (e.g., issuing a reset to the pod), the way (e.g., via kubelet-to-runtime command), and the result (e.g., pod is reset) are the same as the claim requires. |