# EXHIBIT 4A

**Claim Chart for U.S. Patent No. 9,417,901 (Non-Kubernetes Implementation)**

**Example Accused Products:** System Center Virtual Machine Manager (SCVMM), Hyper-V, Windows Server SDN, Network Controller, Hyper-V Virtual Switch with Virtual Filtering Platform (VFP).

| Claim 9 | Mapping[2] |
|---|---|
| [9pre] A network system comprising: | Microsoft's Windows Server SDN architecture constitutes the claimed "network system." It is not a loose collection of products but an integrated system: (1) SCVMM as the top-level manager of virtual machines, (2) Hyper-V hosts executing the VMs, (3) the Network Controller as a central policy and flow manager, and (4) the Hyper-V Virtual Switch with VFP (Virtual Filtering Platform) as the programmable enforcement data path. Microsoft diagrams explicitly present these components as a unified system where VM QoS policies are defined, transmitted, stored, and enforced dynamically across distributed hosts.<br><br>https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/ |

[2] NetLens contends that Microsoft has continuously developed, maintained, and deployed the example accused products throughout the infringement period. The described functionality remains substantially present in current implementations. Moreover, the accused products, including Microsoft Hyper-V, SCVMM, Windows Server SDN, and related components, are representative of architectures that have continued in substantially similar form during and after the issuance of the Asserted Patents. These references are not limited to any specific product version.

| | |
|---|---|
| | <br>https://www.cnblogs.com/alice0708/p/13368036.html |

<table>
<tr>
<td>[9a] a virtual machine manager configured to generate a plurality of virtual machines and set virtual machine QOS information about each of the generated plurality of virtual machines;</td>
<td>The accused “virtual machine manager” is System Center Virtual Machine Manager (SCVMM). SCVMM provisions and configures VMs across clusters of Hyper-V hosts. When an admin creates a VM, SCVMM not only instantiates the VM but also configures QoS policies for that VM’s network adapters. Moreover, SCVMM allows setting minimum bandwidth weights, maximum bandwidth caps, and priority values.<br><br>For example, the admin may use PowerShell and issue:<br><code>Set-VMNetworkAdapter -VMName "WebServer01" -MinimumBandwidthWeight 50 -MaximumBandwidth 5Gbps</code><br><br>This command creates and/or updates VM “WebServer01” and associates QoS attributes with its vNIC. These policies are persisted in SCVMM’s management database and communicated down to the fabric.<br><br>Accordingly, SCVMM literally generates VMs and sets per-VM QoS information as required by Claim 9(a).<br><br>
<br><br>https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/</td>
</tr>
</table>




https://www.nakivo.com/blog/what-is-system-center-virtual-machine-manager-scvmm/

| | |
|---|---|
| | <br><br>https://www.smikar.com/what-is-scvmm/ |
| [9b] a virtual flow controller configured to receive and store the virtual machine QOS | Microsoft's Network Controller is the "virtual flow controller." Its role is well-documented. For example, it ingests VM-level QoS data from SCVMM via northbound REST/WMI APIs. The Network Controller maintains a policy store containing each VM's QoS profile (e.g., bandwidth min/max, weights, priorities).<br><br>When a VM generates a new flow (e.g., a TCP connection), the Network Controller computes per-flow QoS attributes based on the originating VM's settings, the tenant policy, and flow-specific rules (e.g., ACLs, port |

<table>
<tr>
<td>information about each of the plurality of virtual machines from the virtual machine manager and set and store flow QOS information about a flow generated by the virtual machine;</td>
<td>policies, DSCP markings). These flow-level QoS instructions are then stored in its database and distributed to the relevant Hyper-V hosts for enforcement. Microsoft documentation describes the NC as “translating high-level VM intent into per-flow rules.” This matches Claim 9(b) exactly: for instance, receiving/storing VM QoS info and setting/storing flow QoS info.




https://www.smikar.com/what-is-scvmm/</td>
</tr>
</table>

| | |
|---|---|
| [9c] a plurality of computer servers configured to execute at least one of the plurality of virtual machines generated by the virtual machine manager and have an edge flow agent for forwarding a new traffic to the virtual flow controller when the new flow traffic is generated by the virtual machine; | The "plurality of computer servers" are the Hyper-V hosts in a cluster or Azure compute nodes. Each server executes one or more VMs that were generated by SCVMM.<br><br>For example, on each host, the Hyper-V Virtual Switch with VFP extensions includes an edge flow agent function: when a VM sends a new flow (e.g., first SYN packet), VFP intercepts the traffic. For flows not already classified, VFP queries the Network Controller to determine applicable policies. This is accomplished via southbound channels (e.g., OVSDB/NetConf/PowerShell APIs).<br><br>In another example, when a new VM in Tenant A initiates a flow, VFP on the host forwards flow metadata (e.g., 5-tuple, originating VM ID, port ID) to the Network Controller. The NC then responds with the correct QoS treatment.<br><br>Accordingly, the Hyper-V host servers, with their VFP-based edge flow agent, literally meet Claim 9(c). |




https://www.cnblogs.com/alice0708/p/13368036.html

| | |
|---|---|
| [9d] and a dynamic virtual flow switch configured to receive and store the virtual machine QOS information and the flow QOS information from the virtual flow controller and when a flow is received from each of the plurality of computer servers, determine a QOS priority of the flow based on the stored virtual machine QOS information and flow QOS information and process the flow. | The accused component here is the Hyper-V Virtual Switch (vSwitch) with Virtual Filtering Platform (VFP). For instance, the vSwitch is "dynamic" because it does not contain static rules but continuously receives updates from the Network Controller. Further, it receives and stores both VM QoS and per-flow QoS info as pushed by the NC.<br><br>For each incoming packet/flow, VFP performs a lookup: (1) it identifies the originating VM and applies the VM-level QoS weight or reservation, and (2) it applies any flow-specific QoS values (such as bandwidth ceilings or DSCP tags). Based on this combined information, VFP determines the **QoS priority** of the flow. In examples, processing may include bandwidth enforcement, rate-limiting, scheduling, or shaping.<br><br>By way of example, if VM "Tenant1-App" has a minimum bandwidth guarantee but also initiates a low-priority backup flow, VFP will enforce the guarantee on its primary traffic while deprioritizing the backup flow per stored flow QoS. Microsoft explicitly markets VFP as a multi-table, programmable switch that enforces Network Controller policies dynamically per flow. This is precisely what Claim 9(d) requires. |