# <u>EXHIBIT 4B</u>

**Claim Chart for U.S. Patent No. 9,417,901 (Azure Kubernetes Implementation)**

**Example Accused Products:** Azure Kubernetes Service (AKS), Kubernetes API Server, kubelet, kube-proxy, Azure CNI, Istio/Envoy sidecars, Azure Monitor for Containers, Azure Network Policy implementation.

<table>
<tr><th>Claim 9</th><th>Mapping</th></tr>
<tr><td>[9pre] A network system comprising:</td><td>Microsoft's Azure Kubernetes Service (AKS) implements the claimed "network system." It comprises: (1) Azure Resource Manager (ARM) plus AKS API for provisioning clusters and nodes, (2) Kubernetes API Server and Azure CNI (or Cilium in modern AKS) for flow control, (3) worker nodes (e.g., Azure VMs) running kubelet/kube-proxy, and (4) the underlying Hyper-V vSwitch with VFP extensions enforcing per-flow and per-pod policies. These pieces form an integrated system where VM- and flow-level QoS is defined, distributed, and enforced across the cluster.



</td></tr>
</table>

<table>
<tr><td></td><td>https://learn.microsoft.com/fr-fr/azure/architecture/example-scenario/hybrid/aks-baseline</td></tr>
<tr><td>[9a] a virtual machine manager configured to generate a plurality of virtual machines and set virtual machine QOS information about each of the generated plurality of virtual machines;</td><td>In AKS, the Azure control plane (e.g., ARM + AKS orchestration service) provisions the cluster, generating the underlying worker node VMs. Each node is created as an Azure VM, typically through a VM scale set. During creation, ARM assigns QoS / bandwidth expectations to the VM size (documented as “Expected Network Bandwidth”). For example, a <code>Standard_D4s_v5</code> node is guaranteed a minimum throughput and capped maximum throughput. These bandwidth/QoS parameters are stored in Azure’s fabric controller and flow down into the vNIC/vSwitch configuration for each node. Accordingly, ARM/AKS literally acts as the “virtual machine manager” that generates VMs and sets QoS information.<br><br>


<br>
https://learn.microsoft.com/en-us/azure/azure-monitor/containers/container-insights-analyze</td></tr>
</table>

| | |
|---|---|
| | <br>https://learn.microsoft.com/fr-fr/azure/architecture/example-scenario/hybrid/aks-baseline |
| [9b] a virtual flow controller configured to receive and store the virtual machine QOS information about each of the plurality of | In AKS, the Kubernetes API Server plus Azure CNI plugin (or Cilium dataplane) perform the role of the "virtual flow controller." The API server receives node QoS settings (inherited from Azure) and pod-level networking intents (such as NetworkPolicies, bandwidth annotations). The CNI plugin programs these policies into the node's host networking stack (e.g., vSwitch/VFP). For each flow, the CNI sets additional attributes, such as bandwidth limits, traffic classes, DSCP markings, or policy tags. This per-flow metadata is persisted in the node's policy tables and in the CNI controller state. Therefore, the Kubernetes control plane plus CNI literally receives VM QoS info and sets/stores per-flow QoS info. |

| | |
|---|---|
| virtual machines from the virtual machine manager and set and store flow QOS information about a flow generated by the virtual machine; |   https://learn.microsoft.com/en-us/azure/virtual-network/kubernetes-network-policies |

<table>
<tr>
<td></td>
<td>



https://learn.microsoft.com/en-us/azure/virtual-network/kubernetes-network-policies
</td>
</tr>
<tr>
<td>[9c] a plurality of computer servers configured to execute at least one of the plurality of virtual machines generated by the virtual machine manager and have an edge flow agent for forwarding a new traffic to the virtual flow controller when</td>
<td>
The AKS worker nodes (e.g., Azure VMs) are the “plurality of computer servers.” Each executes multiple pods (e.g., containers). On each node, the edge flow agent is kube-proxy and the Azure CNI datapath. When a new pod generates a new flow, kube-proxy/CNI intercept the packet. For flows not yet classified, the packet is handed to the host vSwitch/VFP which signals policy lookups. In overlay mode, the CNI also queries the API server to resolve pod-to-pod or pod-to-service flows (e.g., new traffic is “forwarded” as a query to the controller). Accordingly, the worker nodes, with kube-proxy and CNI, literally meet Claim 9(c).



</td>
</tr>
</table>

| | |
|---|---|
| the new flow traffic is generated by the virtual machine; | https://learn.microsoft.com/en-us/azure/virtual-network/kubernetes-network-policies |
| [9d] and a dynamic virtual flow switch configured to receive and store the virtual machine QOS information and the flow QOS information from the virtual flow controller and when a flow is received from each of the plurality of computer servers, determine a QOS priority of the flow based on the stored virtual machine QOS information and flow QOS information and | For example, the Hyper-V vSwitch with VFP extensions, present on every Azure VM (including AKS nodes), acts as the "dynamic virtual flow switch." It is dynamically programmed by the CNI plugin with policies from the API server. The vSwitch stores both VM-level QoS info (from Azure: node's guaranteed bandwidth) and flow-level QoS info (from the CNI: pod bandwidth limits, network policies, DSCP tagging).<br><br>When a packet/flow arrives at the node, VFP tables classify it by source VM/pod and flow metadata, determine the QoS priority, and enforce the correct treatment (e.g., shaping, prioritization, rate limiting).<br><br>By way of example, pod traffic marked with guaranteed bandwidth annotation gets higher priority than best-effort pods, enforced at the vSwitch. This matches the dynamic per-flow enforcement required by Claim 9(d). |

| | |
|---|---|
| process the flow. | <br>https://learn.microsoft.com/en-us/azure/virtual-network/kubernetes-network-policies |




https://learn.microsoft.com/en-us/azure/azure-monitor/containers/container-insights-analyze




https://learn.microsoft.com/en-us/azure/virtual-network/kubernetes-network-policies