# EXHIBIT 6A

**Claim Chart for U.S. Patent No. 9,705,745 (Non-Kubernetes Implementation)**

**Example Accused Products:** System Center Virtual Machine Manager (SCVMM), Windows Admin Center, Hyper-V Extensible Switch Counters, PktMon (Packet Monitor), Azure Monitor Agent (AMA), Azure Log Analytics, Windows Server SDN Network Controller.

| Claim 8 | Mapping[3] |
|---|---|
| [8pre] A method for virtualizing SDN-based network monitoring, the method comprising: | Microsoft's software-defined networking stack virtualizes monitoring functions by decoupling monitoring from physical appliances and implementing them in software layers tied to things like Hyper-V, SCVMM, the Network Controller, and Azure Monitor. Instead of requiring dedicated hardware probes, Microsoft enables administrators to stand up "virtual monitors" within the control plane. Hyper-V vSwitch with its Virtual Filtering Platform (VFP) exposes telemetry hooks at each port, SCVMM and the Network Controller translate policies into monitoring configurations, and Azure Monitor and Log Analytics act as the centralized collection and presentation system. The entire Microsoft architecture, therefore, implements a method for "virtualizing SDN-based monitoring" in the precise sense claimed by the patent.<br><br> |

[3] NetLens contends that Microsoft has continuously developed, maintained, and deployed the example accused products throughout the infringement period. The described functionality remains substantially present in current implementations. Moreover, the accused products, including Microsoft Hyper-V, SCVMM, Windows Server SDN, and related components, are representative of architectures that have continued in substantially similar form during and after the issuance of the Asserted Patents. These references are not limited to any specific product version.

| | |
|---|---|
| | https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/ |
| [8a] allocating physical resources to generate a basic virtual monitor and a user-defined virtual monitor according to a received monitoring policy; | In Microsoft's implementation, physical host resources such as CPU cycles, memory buffers, NIC counters, and VFP flow tables are allocated dynamically to instantiate monitoring functions. When a monitoring policy is received (whether as a default rule within the SDN fabric or a user-specified instruction via SCVMM or Azure APIs), the platform spins up monitoring constructs. A basic virtual monitor is generated automatically: for instance, the Network Controller provisions default telemetry streams such as port utilization, dropped packets, and latency counters for each Hyper-V vSwitch port. At the same time, the same infrastructure supports the creation of user-defined monitors. If an administrator specifies a monitoring policy, such as "capture all packets on VM Web01's NIC and measure dropped frames," SCVMM allocates additional vSwitch resources and configures VFP extensions to track those flows. Accordingly, the physical resources of the hosts and switches are not abstract placeholders but concrete hardware counters, flow-table entries, and telemetry channels that are dynamically assigned to basic monitors and to user-defined monitors in accordance with the received monitoring policies. |



| | |
|---|---|
| | https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/ <br><br>https://learn.microsoft.com/en-us/windows-server/networking/sdn/technologies/hyper-v-network-virtualization/hyperv-network-virtualization-technical-details-windows-server |

| | |
|---|---|
| |  https://www.nakivo.com/blog/what-is-system-center-virtual-machine-manager-scvmm/ |

| | |
|---|---|
| | <br>https://www.cnblogs.com/alice0708/p/13368036.html |

| | |
|---|---|
| [8b] collecting information of types predetermined by a user by selecting the information from among information associated with communication equipment connected to a network to be monitored; and | Once monitors are generated, the system collects information from the underlying network equipment. In Microsoft's stack, that equipment includes Hyper-V hosts, NICs, vSwitch/VFP modules, and SDN gateways. For example, administrators explicitly select the information types to be collected through SCVMM policies, PowerShell commands, or Azure Monitor queries.<br><br>For example, a user may specify that they want to track inbound and outbound bytes, packet drop counts, TCP flow creation rates, or ACL hit counts for a particular VM or subnet. This selection is stored as part of the monitoring policy, and the Network Controller and SCVMM translate it into concrete configuration applied to the underlying hosts. If the administrator defines a Log Analytics query for VM1 to return "Packets Dropped per Second," the telemetry pipeline collects exactly that metric from the host's NIC counters. Further, the collected information is of types predetermined by the user and chosen from among information associated with the communication equipment. Microsoft's implementation satisfies this by allowing granular selection of counters, flow statistics, and telemetry metrics sourced from vSwitch ports, NICs, and host-level performance counters, all of which are communication equipment attached to the monitored network.<br><br> |

| | |
|---|---|
| | https://www.nakivo.com/blog/what-is-system-center-virtual-machine-manager-scvmm/ |
| [8c] generating a virtual monitor by using the allocated physical resources, monitoring the collected information using the generated virtual monitor, and transmitting the monitored information to a network management system, | After allocation and configuration, the platform constructs a “virtual monitor.” For example, this is not a physical appliance but a logical entity created within the SDN fabric. In Microsoft’s SDN, the virtual monitor consists of the telemetry session instantiated in the Network Controller, the VFP port rules consuming resources in the vSwitch, and the data pipeline into SCVMM and Azure Monitor.<br><br>Moreover, once the virtual monitor is running, it monitors the collected information in real time: e.g., port counters are incremented, flow tables are scanned, and telemetry sessions push updates upward. The monitored data is then transmitted to a network management system, which in Microsoft’s implementation is Log Analytics in Azure Monitor or System Center Operations Manager in an on-premise deployment.<br><br>For example, Azure Monitor continuously ingests per-VM and per-port metrics and displays them in dashboards. The flow of data is: host NIC to the VFP counter to the Network Controller telemetry and then to the Azure Monitor/Log Analytics dashboards. Thus, the system literally generates a virtual monitor, monitors the collected information with it, and transmits the monitored data to an NMS. |




https://learn.microsoft.com/en-us/windows-server/networking/sdn/technologies/hyper-v-network-virtualization/hyperv-network-virtualization-technical-details-windows-server

| | |
|---|---|
| [8d] wherein the generating of the virtual monitor further comprises generating the basic virtual monitor by automatically allocating network physical resources according to the monitoring policy; and generating the user-defined virtual monitor for monitoring that reflects a user's demands by allocating network physical resources according to the monitoring policy. | Microsoft's products implement both kinds of monitors as claimed. A basic virtual monitor is automatically generated: when a vSwitch is created, Hyper-V automatically begins collecting default counters such as sent packets, received packets, and dropped frames, and the Network Controller subscribes to these counters without explicit user intervention. These counters represent physical resources of the switch and NIC that are automatically allocated to monitoring. Simultaneously, Microsoft's stack allows creation of user-defined monitors that reflect specific user demands.<br><br>For example, a SCVMM administrator may create a QoS policy that requires monitoring throughput on a tenant VM's NIC or an Azure administrator may configure a custom metric alert for "Network Out > 100 Mbps." When that policy is defined, the system allocates additional vSwitch table entries, telemetry channels, and log storage resources to enforce the monitoring.<br><br>The distinction is clear—the basic virtual monitor is auto-provisioned by default policies, while the user-defined virtual monitor is triggered by explicit user requests, but both are created by allocating network physical resources under the control of the monitoring policy. This is precisely the functionality described in Claim 8(d). |

| | |
|---|---|
| |   https://www.cnblogs.com/alice0708/p/13368036.html |