# EXHIBIT 6B

**Claim Chart for U.S. Patent No. 9,705,745 (Azure Kubernetes Implementation)**

**Example Accused Products:** Azure Kubernetes Service (AKS); Kubernetes control plane (API server, scheduler, controllers); kubelet; Azure CNI / Calico (SDN dataplane); Container Insights (agented); Azure Monitor managed service for Prometheus; Prometheus (scrape/remote-write); kube-state-metrics, node-exporter**,** cAdvisor / kubelet Summary API; OpenTelemetry Collector (where used); Istio/Envoy telemetry (where mesh enabled); ConfigMaps/CRDs (e.g., `ServiceMonitor`, `PodMonitor`) and scrape annotations.

| Claim 8 | Mapping |
|---|---|
| [8pre] A method for virtualizing SDN-based network monitoring, the method comprising: | In Microsoft's Azure Kubernetes Service (AKS), network monitoring is not tied to a physical tap or dedicated monitoring appliance. Instead, Microsoft virtualizes the monitoring of the software-defined network by embedding monitoring functions into the cluster's control plane, container networking interfaces (CNI), and telemetry pipelines.<br><br>For example, AKS leverages things like the Azure CNI plugin, kube-proxy, and the container network policy stack to instrument traffic flows. At the same time, monitoring and diagnostic data are virtualized through Container Insights, Azure Monitor for Containers, and Log Analytics.<br><br>Together, these create "virtual monitors" that operate logically within the Kubernetes environment while drawing on the physical resources of underlying VM hosts. This satisfies the preamble's requirement of a method for virtualizing SDN-based monitoring. |

<table>
<tr>
<td></td>
<td>



https://learn.microsoft.com/de-de/azure/azure-monitor/containers/container-insights-analyze
</td>
</tr>
<tr>
<td>[8a] allocating physical resources to generate a basic virtual monitor and a user-defined virtual monitor</td>
<td>AKS dynamically allocates the physical resources of the cluster’s underlying virtual machines to instantiate monitoring constructs. When a monitoring policy is configured (for example, enabling Container Insights or defining network policy metrics), the kubelet on each node allocates CPU cycles, memory, and NIC resources to collect packet and flow data.<br><br>For instance, the “basic virtual monitor” corresponds to default telemetry automatically enabled by AKS: without user intervention, the system monitors pod CPU, memory, and network I/O. These metrics are gathered from each node’s cAdvisor and kubelet, as well as NIC counters exposed by the Azure host.</td>
</tr>
</table>

<table>
<tr>
<td>according to a received monitoring policy;</td>
<td>

In contrast, a “user-defined virtual monitor” is created when an administrator specifies a monitoring policy, such as configuring Azure Monitor to track dropped packets on a particular namespace, or defining a Kubernetes Network Policy that triggers monitoring of traffic between pods. In both cases, physical node resources, such as packet filter rules enforced by the Linux kernel via Azure CNI, are allocated to support the monitor.

Accordingly, AKS allocates physical resources to instantiate both basic and user-defined monitors in line with the received monitoring policy.




</td>
</tr>
</table>

<table>
<tr>
<td>[8b] collecting information of types predetermined by a user by selecting the information from among information associated with communication equipment connected to a network to be monitored; and</td>
<td>
In AKS, the communication equipment connected to the network includes pod vNICs, Azure vSwitch instances, and host VM NICs that connect pods to the VNET. Administrators specify the type of information to collect through Azure Monitor, Prometheus integrations, or Kubernetes APIs.
A user may choose to collect per-pod network metrics such as bytes transmitted, packets dropped, or TCP retransmits, or may instead focus on namespace-wide flow counts. For example, enabling Azure Monitor for Containers allows the user to select which metrics are collected, and Prometheus scrape configurations define exactly which endpoints and counters to retrieve.
For example, in AKS, when an administrator enables collection of metrics such as “networkPacketsDropped” or “networkBytesReceived” for a given pod or node, they are directly selecting from information maintained by NICs, vSwitches, and pod-level interfaces. These selections drive which telemetry streams are collected and stored.



</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>


<br>
https://learn.microsoft.com/en-us/azure/aks/how-to-configure-container-network-logs?tabs=cilium
</td>
</tr>
<tr>
<td>[8c] generating a virtual monitor by using the allocated physical resources, monitoring the collected information using the generated virtual monitor,</td>
<td>Once resources are allocated and policies are applied, AKS creates a virtual monitor within the SDN framework of the cluster. This monitor is not a physical appliance but a logical construct formed by a combination of CNI flow rules, kubelet metrics exporters, and telemetry pipelines to Azure Monitor. Using those allocated resources, the system actively monitors the information collected from pods and nodes.<br><br>For example, network policy enforcement within Azure CNI logs flow hits and rule matches, which are monitored as telemetry streams. Container Insights agents on the nodes then transmit these metrics to the Azure Monitor back end. The monitored data is routed to a network management system, which in Microsoft's environment is Azure Monitor coupled with Log Analytics. There, administrators can visualize dashboards, run queries across flows, and set alerts. The transmission path is, for example, pod vNIC to the host node CNI plugin to the kubelet/metrics agent and then to the Azure Monitor/Log Analytics. In this way, AKS generates the virtual monitor, monitors the collected information through it, and transmits the monitored information to an NMS, meeting the limitation.</td>
</tr>
</table>

and transmitting the monitored information to a network management system,




https://learn.microsoft.com/de-de/azure/azure-monitor/containers/container-insights-analyze




https://learn.microsoft.com/en-us/azure/aks/how-to-configure-container-network-logs?tabs=cilium




https://learn.microsoft.com/en-us/azure/architecture/operator-guides/aks/aks-triage-node-health

<table>
<tr>
<td>[8d] wherein the generating of the virtual monitor further comprises generating the basic virtual monitor by automatically allocating network physical resources according to the monitoring policy; and generating the user-defined virtual monitor for monitoring that reflects a user's demands by allocating network physical resources according to the monitoring policy.</td>
<td>AKS creates two categories of monitors. For example, Tte basic virtual monitor is generated automatically whenever a pod is deployed into an AKS cluster, and the kubelet and Container Insights agent automatically allocate node-level resources to track default metrics such as network in/out bytes and packet counts. These counters exist by default and are automatically allocated to monitoring functions according to AKS’s policies. At the same time, AKS provides for user-defined monitors.<br><br>For example, when an administrator defines a custom alert in Azure Monitor for Containers, such as “alert when dropped packets > 100 per second for pods in namespace X,” the system allocates additional node and telemetry resources to implement that user-defined monitoring requirement. Similarly, creating a Kubernetes Network Policy with specific flow restrictions causes Azure CNI to allocate flow table entries in the host kernel and track those flows, effectively creating a user-defined virtual monitor reflecting the administrator’s demand.<br><br>In both cases, network physical resources, e.g., NIC counters, flow table entries, and telemetry buffers, are allocated in accordance with the monitoring policy, satisfying the dual requirements of Claim 8(d).<br><br>
<br>https://learn.microsoft.com/en-us/azure/architecture/operator-guides/aks/aks-triage-node-health</td>
</tr>
</table>