# EXHIBIT 8A

**Claim Chart for U.S. Patent No. 10,063,630 (Non-Kubernetes Implementation)**

| Claim 15 | Mapping[4] |
|---|---|
| [15pre] A computer-implemented method for performing a service orchestration in a distributed cloud environment, via a virtual network, the method comprising the operations of: | Microsoft's products implement service orchestration in distributed cloud environments by combining System Center Virtual Machine Manager (SCVMM), Windows Server SDN with Network Controller, and Azure Service Fabric/Azure Resource Manager. For example, SCVMM allows orchestration of services across multiple hosts and datacenters, Azure Resource Manager coordinates resource groups across cloud regions, and Network Controller establishes the virtual network paths between application servers and virtual functions. The orchestration is entirely computer-implemented and takes place across distributed on-premise and Azure cloud environments connected by virtual networks.<br><br>https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/ |

[4] NetLens contends that Microsoft has continuously developed, maintained, and deployed the example accused products throughout the infringement period. The described functionality remains substantially present in current implementations. Moreover, the accused products, including Microsoft Hyper-V, SCVMM, Windows Server SDN, and related components, are representative of architectures that have continued in substantially similar form during and after the issuance of the Asserted Patents. These references are not limited to any specific product version.

| | |
|---|---|
| |  <br>https://learn.microsoft.com/en-us/azure/service-fabric/service-fabric-overview |
| [15a] receiving a service profile | In SCVMM and Azure, a service profile is received in the form of a service template or ARM template submitted by an administrator (e.g., the service provider). For example, SCVMM receives a service profile describing a three-tier application, with specifications for front-end web servers, middle-tier application |

<table>
<tr>
<td>from a service provider;</td>
<td>servers, and a back-end database. In Azure, ARM templates similarly define services as JSON profiles that identify the components to be provisioned. Both may constitute “service profiles” received from a service provider.<br><br>


<br>
https://kristiannese.blogspot.com/2013/07/building-network-virtualization-gateway.html</td>
</tr>
</table>




https://www.bdrshield.com/blog/system-center-virtual-machine-manager-scvmm-manage-hyper-v-host-and-clusters/




https://kristiannese.blogspot.com/2013/07/building-network-virtualization-gateway.html

| | |
|---|---|
| | <br>https://learn.microsoft.com/en-us/azure/service-fabric/service-fabric-overview |

| | |
|---|---|
| [15b] analyzing the received service profile, and generating information on a virtual function and an application server used to provide a service as a service specification; the service specification including at least one of a service identification, a kind of service, a type of service, information of the application server, virtual network function information, performance indicator, scaling condition, changing condition; | Once the service profile is received, Microsoft's orchestration tools analyze it and generate a service specification. In SCVMM, this process involves parsing the service template and expanding it into VMs, virtual switches, and VNFs.<br><br>For example, the template may specify that a load balancer (e.g., a VNF) must be paired with application servers for high availability. The generated service specification contains details such as service identification (e.g., "CustomerPortalService"), type of service (e.g., web service), information on the application server (e.g., Windows Server VMs with IIS), VNF information (e.g., software load balancer or firewall running as a VFP extension), performance indicators (e.g., CPU, memory, network IOPS thresholds monitored by SCVMM), and scaling/changing conditions (e.g., "add additional app servers when CPU utilization exceeds 80% for five minutes").<br><br>In further examples, Azure Resource Manager similarly translates ARM templates into service specifications with scaling conditions and resource dependencies, which are then consumed by Service Fabric or Azure Monitor autoscale. Accordingly, Microsoft's orchestration tools generate service specifications exactly as described in Claim 15(b). |




https://kristiannese.blogspot.com/2013/07/building-network-virtualization-gateway.html




https://kristiannese.blogspot.com/2013/07/building-network-virtualization-gateway.html

| | |
|---|---|
| [15c] setting a service flow to provide the service to a service user based on the service specification, the service flow indicating a series of paths on the virtual network configured by connecting the virtual function with the application server in order to provide an actual service to the service user; and | Microsoft's orchestration system then establishes a service flow. In Windows Server SDN, the Network Controller programs the Hyper-V vSwitch and VFP modules to connect the VNFs with the application servers according to the service specification.<br><br>For example, a service flow might route traffic from a load balancer VNF to web servers to application servers then to one or more database(s). This flow is represented in the Network Controller's policy database and enforced in the VFP flow tables across hosts. SCVMM configures these flows automatically when deploying a service template.<br><br>Azure Service Fabric performs the same in Azure, creating service meshes that connect microservices across nodes. These flows are not physical cabling but logical paths on the virtual network, connecting VNFs and application servers in a series of hops. That satisfies the requirement that a service flow is set based on the service specification to provide the service to the user. |
| [15d] transmitting a service execution control command for the virtual function and the application server according to the | Finally, Microsoft's orchestration stack issues control commands to execute the service. In SCVMM, once a service flow is defined, SCVMM and the Network Controller send execution commands to Hyper-V hosts in the datacenter, instructing them to instantiate VMs, attach them to vSwitches, and apply QoS or ACL rules. These hosts constitute micro datacenters within the broader environment.<br><br>In Azure, for example, Resource Manager issues API calls to individual scale units (also micro datacenters), commanding them to create VNFs and servers, apply network security groups, and configure routes. The commands are based on the service flow and implement it in the virtual network. Therefore, the accused products transmit service execution control commands for the VNFs and application servers to micro datacenters, fully satisfying Claim 15(d). |

| | |
|---|---|
| service flow to at least one micro data centre, the service flow being set and implemented on the virtual network. | <br>https://kristiannese.blogspot.com/2013/07/building-network-virtualization-gateway.html |