# EXHIBIT 8B

**Claim Chart for U.S. Patent No. 10,063,630 (Azure Kubernetes Implementation)**

| Claim 15 | Mapping |
|---|---|
| [15pre] A computer-implemented method for performing a service orchestration in a distributed cloud environment, via a virtual network, the method comprising the operations of: | In Microsoft Azure Kubernetes Service (AKS), service orchestration is implemented as a fully computer-executed process where administrators define workloads, networking policies, and deployment rules. For example, the orchestration takes place across distributed cloud regions within Azure, each backed by clusters of VMs. The networking for those workloads is virtualized through Azure Virtual Networks (VNets), container networking interfaces (e.g., Azure CNI), and kube-proxy rules. The result is a distributed cloud environment in which services are orchestrated via software and exposed to users through virtual network paths, satisfying the preamble.  |

| | |
|---|---|
| | https://learn.microsoft.com/en-us/azure/aks/aksarc/aks-vmware-cluster-architecture |
| [15a] receiving a service profile from a service provider; | In AKS, a service profile is received in the form of a Kubernetes manifest (e.g., YAML or JSON) or a Helm chart submitted by the administrator. This service profile defines deployments, services, ingress rules, and networking policies.<br>For example, a manifest might specify replicas of a web server pod, the container image, ports to expose, and scaling conditions. The administrator (e.g., service provider) provides this definition to the cluster via `kubectl apply`, Helm, or ARM templates that wrap Kubernetes resources. This is precisely the receipt of a service profile from a service provider. |

# Microservices architecture on Azure Kubernetes Service

Microsoft Entra ID Azure Container Registry Azure Kubernetes Service (AKS) Azure Load Balancer Azure Pipelines Azure Monitor

This reference architecture shows a microservices application deployed to Azure Kubernetes Service (AKS). It describes a basic AKS configuration that can be the starting point for most deployments. This article assumes basic knowledge of Kubernetes. The article focuses mainly on the infrastructure and DevOps considerations of running a microservices architecture on AKS. For guidance on how to design microservices, see Building microservices on Azure.

A reference implementation of this architecture is available on GitHub .

## Architecture






https://www.studocu.com/in/document/jntua-college-of-engineering-anantapuram/master-of-business-admin/microservices-architecture-on-aks-azure-architecture-center-microsoft-learn/73152862

| | |
|---|---|
| | <br>https://learn.microsoft.com/en-us/azure/aks/aksarc/aks-vmware-cluster-architecture |
| [15b] analyzing the received service profile, and generating information on a virtual function and an application server used to provide a service as a service specification; the service specification including at least one of a service identification, a kind of service, a type of service, information of the application server, virtual network function information, performance indicator, scaling condition, changing condition; | For example, when the manifest is received, Kubernetes and AKS analyze it to generate a service specification. The API server parses the profile and stores the configuration in etcd, from which controllers build a runtime specification. This specification contains all the claimed fields: service identification (the Service object with its DNS name, e.g., “frontend-svc”), type of service (e.g., ClusterIP, LoadBalancer, or NodePort), information of the application server (e.g., pod replicas, image version, resource requests), virtual network function information (e.g., Azure load balancer or ingress controller assigned to the Service), performance indicators (e.g., pod resource usage tracked via metrics-server and Azure Monitor), scaling conditions (e.g., Horizontal Pod Autoscaler rules such as “scale when CPU > 70%”), and changing conditions (e.g., rollout strategy in the Deployment). Thus, the system generates a service specification containing the enumerated attributes, which together orchestrate how the service is run. |

<table>
<tr><td></td><td>

Microsoft Azure<br><br>https://learn.microsoft.com/en-gb/azure/aks/monitor-aks?tabs=cilium</td></tr>
<tr><td>[15c] setting a service flow to provide the service to a service user based on the service specification, the service flow indicating a series of paths on the virtual network configured by connecting the virtual function with the application server in order to provide an actual service to the service user;</td><td>Based on the service specification, AKS sets up the service flow that defines how user traffic reaches the pods. When a Kubernetes Service is created, kube-proxy programs iptables or IPVS rules on every node so that traffic sent to the Service IP is routed to backend pods. If the service type is LoadBalancer, for instance, Azure allocates a public IP and configures an Azure Load Balancer as the front-end virtual function. The application servers are the pods running the workloads.<br><br>The service flow is therefore something like this: external user to the Azure Load Balancer (VNF) to the Service IP (kube-proxy rules) and then to the application server pod. This represents a series of paths on the virtual network that connect the VNF with the application server to deliver the actual service to the user, exactly as the claim requires.</td></tr>
</table>




https://learn.microsoft.com/en-us/azure/architecture/reference-architectures/containers/aks-microservices/aks-microservices-advanced

# Microservices architecture on Azure Kubernetes Service

Microsoft Entra ID Azure Container Registry Azure Kubernetes Service (AKS) Azure Load Balancer Azure Pipelines Azure Monitor

This reference architecture shows a microservices application deployed to Azure Kubernetes Service (AKS). It describes a basic AKS configuration that can be the starting point for most deployments. This article assumes basic knowledge of Kubernetes. The article focuses mainly on the infrastructure and DevOps considerations of running a microservices architecture on AKS. For guidance on how to design microservices, see Building microservices on Azure.

A reference implementation of this architecture is available on GitHub .

## Architecture



| | |
|---|---|
| | https://www.studocu.com/in/document/jntua-college-of-engineering-anantapuram/master-of-business-admin/microservices-architecture-on-aks-azure-architecture-center-microsoft-learn/73152862 |
| [15d] transmitting a service execution control command for the virtual function and the application server according to the service flow to at least one micro data centre, the service flow being set and implemented on the virtual network. | Once the service flow is established, Kubernetes transmits control commands to the nodes (the "micro data centres" of the cluster). For example, the kube-scheduler and kubelet instruct nodes to create pods, attach virtual NICs, and configure routes. Azure CNI applies the network policies and assigns IPs from the VNet subnet, binding pods into the virtual network. For the virtual function, Azure configures the Load Balancer resource, instructing it to create rules that forward traffic to the nodes hosting the pods. These commands are computer-generated instructions transmitted to the host machines that constitute micro data centres within the distributed cloud. The service flow is then implemented on the virtual network and realized in practice, satisfying Claim 15(d).   Microsoft Azure https://learn.microsoft.com/en-gb/azure/aks/monitor-aks?tabs=cilium |