**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NETLENS TECHNOLOGIES INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICROSOFT CORPORATION,**<br><br>**Defendant.** | Case No. 7:25-cv-00311-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION AND STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION**

The Court has considered the Parties' Joint Motion and Stipulation to Transfer Venue to Austin Division and is of the opinion the Motion should be **GRANTED**. The Clerk of Court is **DIRECTED** to take all actions necessary to **TRANSFER** the above-captioned case to the Austin Division of this Court. **IT IS FURTHER ORDERED** that the case will remain on the docket of United States District Judge Alan D Albright.

IT IS SO ORDERED.

Dated: January 26, 2026

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE