**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

§
§
§
§

**ORDER REGARDING AUSTIN DIVISION DOCKET**

Due to the potential for future conflicts, it is hereby **ORDERED** that all hearings, pretrial conferences, and trial dates for the the cases attached in Appendix A are hereby **VACATED.**

**IT IS SO ORDERED.**

**SIGNED** this 23rd day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| | |
|---|---|
| 1-22-cv-585 | Nobots LLC v. Google LLC |
| 1-24-cv-254 | Vervain, LLC v. Kingston Technology Company, Inc. et al |
| 1-24-cv-259 | Vervain, LLC v. Phison Electronics Corp. |
| 1-24-cv-416 | Eireog Innovations Ltd. v. Dell Technologies Inc. et al |
| 1-24-cv-697 | Eireog Innovations Ltd. v. Oracle Corporation |
| 1-24-cv-856 | ProFrac Holdings II, LLC v. Kuzov et al |
| 1-24-cv-913 | Atlantic Urbana Meadowlake, LLC v. Hudson Construction Company |
| 1-24-cv-1533 | Law v. EMS LINQ, LLC |
| 1-25-cv-358 | MOSAID Technologies Inc. v. Infineon Technologies AG et al |
| 1-25-cv-436 | MOSAID Technologies Inc. v. Infineon Technologies AG et al |
| 1-25-cv-446 | CardWare Inc. v. Apple Inc. |
| 1-25-cv-552 | Eireog Innovations Ltd. v. Amazon Web Services, Inc. |
| 1-25-cv-554 | Saenz v. Lauren Concrete, Inc |
| 1-25-cv-665 | Bulletproof Property Management LLC v. Tesla, Inc. et al |
| 1-25-cv-967 | Velos Media, LLC v. ByteDance Ltd et al |
| 1-25-cv-1147 | Intellectual Ventures I LLC et al v. The Home Depot, Inc. et al |
| 1-25-cv-1359 | Mila US Inc. v. NVIDIA Corporation |
| 1-25-cv-1370 | Kaifi LLC v. Google LLC |
| 1-25-cv-1372 | Kaifi LLC v. Google LLC |
| 1-25-cv-1383 | QOMPLX LLC v. Microsoft Corporation |
| 1-25-cv-1647 | Network System Technologies, LLC v. SK hynix Inc. et al |
| 1-25-cv-1648 | Network System Technologies, LLC v. Advanced Micro Devices, Inc. et al |
| 1-25-cv-1649 | Network System Technologies, LLC v. Marvell Semiconductor, Inc. et al |
| 1-25-cv-1674 | Err Content IP, LLC v. ADT LLC |

| | |
|---|---|
| 1-25-cv-1821 | Polaris PowerLED Technologies, LLC v. Apple Inc. |
| 1-26-cv-81 | DAEDALUS PRIME LLC v. MARVELL TECHNOLOGY, INC. |
| 1-26-cv-100 | Intellectual Ventures I LLC et al v. United Parcel Service, Inc. |
| 1-26-cv-553 | Polaris Innovations Limited v. Qualcomm Incorporated et al |
| 1-26-cv-215 | NetLens Technologies Inc. v. Microsoft Corporation |