**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

NETLENS TECHNOLOGIES INC.,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

Case No. 1:26-cv-00215-ABD

**JURY TRIAL DEMANDED**

# JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Pursuant to the Court's Order vacating settings (ECF No. 29), and the Court's Standing Order entitled "Proposed Scheduling Order for Alleged Patent Infringement," Plaintiff NetLens Technologies Inc. ("NetLens") and Defendant Microsoft Corporation ("Microsoft") (collectively, "the Parties"), file this Joint Motion to Enter an Amended Scheduling Order, and attach a proposed schedule as **Exhibit A**. The instant motion and accompanying **Exhibit A** are intended to comply with the Court's Standing Order entitled "Proposed Scheduling Order for Alleged Patent Infringement." Further, the Parties agree that granting this Motion would moot the Parties' pending motion for an amended schedule (*See* ECF No. 35).

The Parties respectfully request that the Court grant this motion to enter the Amended Scheduling Order in **Exhibit A**.

Dated: September 28, 2026

Respectfully submitted,

By: */s/ David L. Hecht (w/permission)*
David L. Hecht
Peter J. Park *(pro hac vice)*
**Hecht Partners LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821

By: */s/ John M. Guaragna*
Erin P. Gibson
Admitted in the Western District of Texas
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000

dhect@hechtpartners.com
ppark@hechtpartners.com

Facsimile: (202) 799-5000

John M. Guaragna
john.guaragna@us.dlapiper.com
Texas Bar No. 24043308
Zachary Loney
zachary.loney@us.dlapiper.com
Texas Bar No. 24092714
Nandan Padmanabhan
nundan.padmanabhan@us.dlapiper.com
Texas Bar No. 24145172
Michael Saulnier
michael.saulnier@us.dlapiper.com
Texas Bar No. 24131647
**DLA PIPER LLP (US)**
303 Colorado, Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Ahimsa E. Hodari
ahimsa.hodari@us.dlapiper.com
Texas Bar No. 24132415
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, TX 77002
Telephone: (713) 425-8400
Facsimile: (713) 425-8401

***Attorneys for Defendant***
***MICROSOFT CORPORATION***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 28, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via transmission of Notices of Electronic Filing.

*/s/ John M. Guaragna*
John M. Guaragna