**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

NETLENS TECHNOLOGIES INC.,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

Case No. 1:26-cv-00215-ABD

**JURY TRIAL DEMANDED**

**Exhibit A – Scheduling Order**

| Current Schedule (ECF No. 24) | Prior Proposed Schedule (ECF No. 35) | Amended Proposed Schedule Based on Standing Order | Item |
|---|---|---|---|
| 6/15/26 | To be set by the Court | As later set by the Court | Claim Construction Hearing |
| N/A | 2 weeks after Court has set Markman hearing date | 10 days after Claim Construction Order | Joint Proposed Amended Schedule |
| 8/11/26 | 8 weeks after Markman | 30 days after Claim Construction Order | Final Contentions - Infringement |
| 8/11/26 | 8 weeks after Markman | 30 days after Final Infringement Contentions | Final Contentions - Invalidity |
| 7/28/26 | 6 weeks after Markman | 30 days after Final Invalidity Contentions | Deadline to Add New Parties |
| 10/5/26 | 16 weeks after Markman | 30 days after deadline to add parties | Deadline for Motions for Leave to Amend Pleadings |
| 12/15/26 | 26 weeks after Markman | 30 days after deadline to amend pleadings | First Conference to Narrow Claims and Prior Art |
| 2/9/27 | 34 weeks after Markman | 30 days after narrowing | Close of Fact Discovery |
| 2/16/27 | 35 weeks after Markman | 30 days after close of fact discovery | Opening Expert Reports |

| **Current Schedule (ECF No. 24)** | **Prior Proposed Schedule (ECF No. 35)** | **Amended Proposed Schedule Based on Standing Order** | **Item** |
|---|---|---|---|
| 3/16/27 | 39 weeks after Markman | 30 days after opening expert reports | Rebuttal Expert Reports |
| 4/6/27 | 42 weeks after Markman | 35 days after rebuttal reports | Close of Expert Discovery |
| 4/13/27 | 43 weeks after Markman | 14 days after discovery close | Second Conference to Narrow |
| 4/20/27 | 44 weeks after Markman | 7 days after second narrowing | Mediation or Settlement Conference |
| 5/4/27 | 46 weeks after Markman | 21 days after mediation | Dispositive and Daubert Motions, and Nondispositive Motions |
| 7/6/27 | 55 weeks after Markman | As later set by the Court | Joint Pretrial Order and Motions in Limine |
| 8/3/27 | To be set by the Court | As later set by the Court | Pretrial Conference |
| 8/23/27 | To be set by the Court | As later set by the Court | Jury Selection and Trial |

SO ORDERED this ____ day of ____________________, 2026.

______________________________
ANDREW B. DAVIS
UNITED STATES DISTRICT JUDGE