UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-00215

**NetLens Technologies Inc.,**
*Plaintiff,*
v.
**Microsoft Corporation,**
*Defendant.*

## SCHEDULING ORDER FOR ALLEGED PATENT INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court (except as modified herein), the Court enters the following schedule. Unless otherwise directed, the parties must observe the Federal Rules of Civil Procedure and this District's Local Rules.

Except with regard to venue, jurisdictional, and claim construction-related discovery, all other discovery is stayed until one business day after the claim construction hearing. Notwithstanding the stay, the Court will permit limited discovery by agreement of the parties, or on request where exceptional circumstances warrant, such as discovery abroad under the Hague Convention.

A party may amend its preliminary contentions without leave of court if counsel certifies that it undertook reasonable efforts to prepare them and that the amendment rests on material identified after service. A party must do so upon identifying that material. Amending to add patent claims requires leave. After the deadlines in Paragraphs 3 and 4, leave is required for any amendment to infringement or invalidity contentions. Nothing in this paragraph shall relieve a party of its duty to amend promptly in response to additional material.

The parties generally may agree to extend discovery deadlines, including the close of discovery, provided that the extension does not affect any subsequent deadlines and the parties notify the Court in writing. The Court retains the right to reject an agreed extension of a discovery deadline. Extensions of non-discovery deadlines and continuances of proceedings will not be granted, even upon joint motion, absent a showing of actual diligence and extraordinary cause.

If referred, the Magistrate Judge has the authority to adjust the scheduling order dates.

| | | |
|---|---|---|
| **1.** | **11/18/2026** | **Claim Construction Hearing.**<br>The stay of discovery lifts one business day after the claim construction hearing. |
| **2.** | **[10 days following the Court's claim construction order]** | **Joint Proposed Amended Scheduling Order.**<br>The parties shall jointly file a proposed amended scheduling order setting the deadlines in Paragraphs 3 through 13 as calendar dates, and email an editable copy to chambers. The parties must identify, and provide reasons supporting, any material deviation from the intervals set out below. If the parties cannot agree, they shall jointly file a proposed order briefly setting forth their respective positions on each deadline in dispute.<br>The intervals in Paragraphs 3 through 13 govern unless and until the Court enters an amended scheduling order. |

| | | |
|---|---|---|
| **3.** | **[30 days following the claim construction order]** | **Final Infringement Contentions.**<br>The party claiming patent infringement shall serve its Final Infringement Contentions.<br><br>No party may offer expert testimony, evidence, or argument at trial on any theory of infringement or invalidity, or on any prior art reference or combination of references, that was not disclosed in its final contentions. |
| **4.** | **[+30 days]** | **Final Invalidity Contentions.**<br>Each party opposing a claim of patent infringement shall serve its Final Invalidity Contentions. |
| **5.** | **[+30 days]** | **Motions to add new parties.**<br>The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party. This deadline does not modify the requirements of the Federal Rules of Civil Procedure regarding court action to join parties. *See, e.g.*, Fed. R. Civ. P. 21. |
| **6.** | **[+30 days]** | **Motions for leave to amend pleadings.**<br>This deadline does not modify the requirements of the Federal Rules of Civil Procedure regarding leave of court to amend pleadings. *See, e.g.*, Fed. R. Civ. P. 15(a). |

| | | |
|---|---|---|
| **7.** | **[+30 days]** | **First Conference to Narrow Claims and Prior Art.**<br>The parties shall meet and confer to discuss significantly narrowing the number of asserted claims and prior art references at issue, and shall file a joint report on the results within **5 business days**. Unless the parties agree to narrowing, they shall contact the Court to arrange a conference to resolve the disputed issues. |
| **8.** | **[+30 days]** | **Experts (other than attorney's fees).**[1]<br>All parties with the initial burden of proof on an issue must file their designation of testifying experts and serve on all parties, but not file, the required report under Rule 26(a)(2). |
| **9.** | **[+30 days]** | **Rebuttal experts.**<br>All parties opposing an issue on which another party bears the initial burden of proof must file their designation of testifying experts and serve on all parties, but not file, the required report under Rule 26(a)(2). |
| **10.** | **[+35 days]** | **Completion of Discovery.**<br>The parties shall complete all discovery, including expert discovery, by |

[1] Attorney's-fees experts are not subject to the expert-designation deadlines in this Order. Any claim for attorney's fees shall be presented after entry of final judgment by motion under Rule 54(d)(2), supported by affidavit.

| | | |
|---|---|---|
| | | this date. Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. |
| **11.** | **[+14 days]** | **Second Conference to Narrow Claims and Prior Art.**<br>The parties shall meet and confer to discuss narrowing the number of asserted claims and prior art references at issue to triable limits, and shall file a joint report on the results within **5 business days**. Unless the parties agree to narrowing, they shall contact the Court to arrange a conference to resolve the disputed issues. |
| **12.** | **[+7 days]** | **Mediation or settlement conference.**<br>By this date, but after the close of discovery, the parties and their respective lead counsel shall either attend mediation or hold a face-to-face meeting to discuss settlement. Individual parties and their counsel shall participate in person—not virtually. All other parties shall participate by both (1) counsel and (2) a representative or representatives who has settlement authority and who must participate in person. If a party has liability-insurance coverage as to any claim made against a party in this case, a representative of each insurance company providing such coverage, who shall |

| | | |
|---|---|---|
| | | have full authority to offer policy limits in settlement, shall be present at and participate in person.<br><br>Within 7 days of the mediation or joint settlement conference, the parties must jointly prepare and file a written report, which must be signed by counsel for each party, detailing the date on which the mediation or settlement conference was held, the persons present (including the capacity of any representative), a statement regarding whether meaningful progress toward settlement was made, and a statement regarding the prospects of settlement. |
| **13.** | **[+21 days]** | **Dispositive motions, *Daubert* motions, and nondispositive motions.**<br><br>No party may file any motion, except for a motion *in limine*, after this date without a showing of good cause. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion filed on or before this date, specifically stating the basis for the objection and identifying the objectionable testimony.<br><br>To the extent that parties anticipate seeking extensions of time to file a response or reply brief to a motion, the |

| | | |
|---|---|---|
| | | Court encourages the parties to submit an agreed briefing schedule rather than separate or *seriatim* extension requests. Motions to submit overlength briefs are disfavored. If no party files a dispositive motion, the parties must jointly file a notice informing the Court that no such motions will be filed, so that the Court may schedule the matter for trial. |
| **14.** | **As later set by the Court.** | **Joint Pretrial Order and Motions *in Limine*.**<br><br>The parties must jointly file a Final Pretrial Order containing the information required by Local Rule CV-16(e), plus the following:<br><br>*Witness narratives and classification.* For each witness identified under CV-16(e)(5), include (i) a brief narrative summary of expected testimony, (ii) a statement whether the witness has been deposed, and (iii) a designation as "probable," "possible," "expert," or "record custodian." A copy of the consolidated witness list shall be furnished to the court reporter before trial.<br><br>*Joint annotated jury charge.* The proposed jury instructions and verdict form required by CV-16(e)(7) shall be |

| | | |
|---|---|---|
| | | submitted jointly, in Word format, annotated, with each disputed instruction identifying the proposing party and accompanied by citations to pattern instructions or controlling authority.<br><br>*Deposition designations limited to unavailable witnesses.* The deposition designations required by CV-16(e)(6) shall be made only for witnesses qualifying as "unavailable" under Federal Rule of Civil Procedure 32(a)(4). The party offering the designation shall brief the basis for unavailability. Live witnesses shall not be presented by deposition.<br><br>*Trial briefs* may be filed but are not required unless requested by the Court.<br><br>The parties must file any motions *in limine*. Motions *in limine* should not be filed as a matter of course. Any motions should include an overview of the relevant factual background and citations to applicable law.<br><br>The parties are ordered to meet and confer to resolve any disputes before filing any motion *in limine*. Any |

| | | |
|---|---|---|
| | | motion *in limine* must certify that the parties have satisfied this requirement.<br><br>Any response to a motion *in limine* must be filed within 7 days of the day the motion is filed. Replies to responses are not permitted except by leave of court. |
| **15.** | **As later set by the Court.** | **Pretrial Conference.**<br>The Court will set this case for a final pretrial conference at a later time. The final pretrial conference shall be attended in person by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. |
| **16.** | **As later set by the Court.** | **Jury Selection and Trial.**<br>Jury selection may be conducted by a Magistrate Judge and may occur the Friday before the case is set for trial. |

*So ordered by the Court on October 16, 2026.*

ANDREW DAVIS
United States District Judge